# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA NORMAN, | Case No.: 2:18-cv-01215-APG-GWF |
| Plaintiff | **Order for Status Report** |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC and WESTSTAR FEDERAL CREDIT UNION, | |
| Defendants | |

On September 12, 2018, plaintiff Victoria Norman and defendant Equifax Information Services, LLC indicated that they had settled this matter and anticipated filing a stipulation to dismiss within 60 days. More than 60 days have passed and no stipulation has been filed.

IT IS THEREFORE ORDERED that on or before December 14, 2018, plaintiff Victoria Norman and defendant Equifax Information Services, LLC shall file either a stipulation to dismiss or a status report regarding settlement.

DATED this 7th day of December, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE